```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON, ET AL.,

                Plaintiffs,

-v-

3100 MP PARKING CORP.,

                Defendant.

**ORDER**

24-CV-5728 (JAV)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated February 19, 2025, this case was referred to me for settlement. ECF No. 23. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. In light of the Court's calendar, settlement conferences generally must be scheduled approximately four weeks in advance. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: February 20, 2025
       New York, New York

                                              _____
                                              Henry J. Ricardo
                                              United States Magistrate Judge