```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON, ET AL.,

            Plaintiffs,

-v-

3100 MP PARKING CORP.,

            Defendant.

**ORDER**

24-CV-5728 (JAV)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter dated April 24, 2025. ECF No. 28. A conference is scheduled on **April 30, 2025** at **2:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, + 1 646-453-4442 (Conference ID: 496 280 18#).

**SO ORDERED.**

Dated: April 25, 2025
      New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge